**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Omar Fernando MONTES–ANGUIANO,
Defendant–Appellant.**

**No. 10–10157.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted Feb. 15, 2011.*

Filed March 9, 2011.

Kyle Joseph Healey, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Nathan Donlon Leonardo, Leonardo Law Offices, PLLC, Tucson, AZ, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Omar Fernando Montes–Anguiano appeals from the 48–month sentence imposed following his conviction for re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Montes–Anguiano contends that his sentence is substantively unreasonable because the district court failed to consider the age of his prior conviction under *United States v. Amezcua–Vasquez*, 567 F.3d 1050 (9th Cir.2009), and the fact that Montes–Anguiano was 17 years old at the time. In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the sentence is substantively reasonable. *See United States v. Valencia–Barragan*, 608 F.3d 1103, 1108–09 (9th Cir.2010) (emphasizing the limited scope of *Amezcua–Vasquez* ).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.